```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

            AUG 1 2

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LESTER TELLIS, | |
| Petitioner, | 3: 09-cv-0278-BES-RAM |
| vs. | **ORDER** |
| STATE OF NEVADA, | |
| Respondent. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 22, 2009, the court entered an order denying petitioner's application to proceed *in forma pauperis* in this action and granting petitioner thirty (30) days to have the full $5.00 filing fee sent to the Clerk. Petitioner was expressly cautioned that his failure to timely comply with the court's order might result in dismissal of this action. Thirty days have now passed and petitioner has failed to comply with the court's order or to otherwise respond. This case cannot proceed without payment of the filing fee, which petitioner has failed to do.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** without prejudice for petitioner's failure to comply with this court's order and failure to pay the required filing fee.

DATED this 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE