AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

LESTER TELLIS,

      Petitioner,                        JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER:  **3:09-cv-278-BES (RAM)**

STATE OF NEVADA, et al.,

      Respondents.


___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_      **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED without prejudice for petitioner's failure to comply with this court's order and failure to pay the required filing fee


  August 13, 2009                                                     **LANCE S. WILSON**
                                                                    Clerk


                                                                    /s/   Marti Campbell
                                                                    Deputy Clerk